ALAN R. VARLEY *v.* NINA B. VARLEY

The defendant's "Request for Representation" dated October 29, 1974, in the appeal from the Superior Court in Hartford County is denied.

*Nina B. Varley,* pro se, in support of the motion.

Submitted November 5—decided November 26, 1974

ROUNDHOUSE CONSTRUCTION CORPORATION *v.* TELESCO MASONS SUPPLIES COMPANY, INC., ET AL.

The plaintiff's application for an expedited appeal from the Superior Court in Fairfield County is granted to the extent that this court will hear the appeal on typewritten copies of the briefs and appendices, subject to subsequent filing of such documents as provided in §§ 723 and 724 of the Practice Book, as amended.

*David S. Grossman,* in support of the motion.